**STATE of Missouri, Respondent,**

v.

**Kevin WARD, Appellant.**

**No. 64903.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 6, 1995.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

In this jury-tried case, defendant was convicted of second degree murder, in violation of § 565.021 RSMo 1994, two counts of armed criminal action under § 571.015, assault in the first degree under § 565.050, and class C felony stealing under § 570.030. Defendant was sentenced to four life terms imprisonment, (the first two concurrent life terms to run consecutively with the second two concurrent life terms), and ten years

imprisonment to run concurrently with the life terms. Defendant appeals the judgment and sentence. Defendant also appeals the denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).